

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ex parte Kody Douglas Taylor         * Original Habeas Corpus Proceeding

No. 11-14-00167-CR                   * July 3, 2014

                                       * Per Curiam Memorandum Opinion
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

      This court has considered Kody Douglas Taylor's application for writ of habeas corpus and concludes that the application should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the application for writ of habeas corpus is dismissed.